THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL FERDINAND, Appellant. [747 NYS2d 785]

The trial court properly ruled that the prosecutor could cross-examine the defendant about his prior out-of-state felony and misdemeanor convictions to demonstrate that he was willing to place his own interests over those of society (*see People v Jamison,* 228 AD2d 698; *People v Pitts,* 218 AD2d 715; *People v Boseman,* 161 AD2d 601, 602).

The trial court properly determined that the defendant's conviction of escape in Tennessee (*see* Tenn Code Ann § 39-16-605) was based upon acts which would constitute a

felony in New York (*see* Penal Law § 205.10 [1]). Accordingly, the defendant was properly adjudicated a second felony offender (*see* Penal Law § 70.06 [1]; *People v Muniz,* 74 NY2d 464; *People v Gonzalez,* 61 NY2d 586).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. S. Miller, J.P., H. Miller, Schmidt and Cozier, JJ., concur.